**Opinion issued April 20, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-22-00636-CR

———————————

## EX PARTE GEORGE PAYNE

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Case No. 0493957B**

---

## MEMORANDUM OPINION

George Payne, incarcerated and acting pro se, filed an appeal from the district court's July 11, 2022 findings of fact and conclusions of law recommending that the Court of Criminal Appeals deny Payne's post-conviction application for writ of habeas corpus. Payne's habeas corpus application was subsequently denied without written order by the Court of Criminal Appeals on August 18, 2022. We dismiss the appeal for lack of jurisdiction.

Only the Texas Court of Criminal Appeals has jurisdiction in final post-conviction felony proceedings, and we have no authority to review the trial court's recommendation that a petitioner's post-conviction application for writ of habeas corpus be denied. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(a); *see also Ex parte Lauderdale*, No. 04-17-00063-CV, 2017 WL 1161171, at *1 (Tex. App.—San Antonio Mar. 29, 2017, no pet.) (per curiam) (mem. op., not designated for publication); *Bynum v. State*, No. 12-03-00395-CR, 2003 WL 22972014, at *1 (Tex. App.—Tyler Dec. 17, 2003, no pet.) (mem. op., not designated for publication).

Furthermore, our Court lacks jurisdiction to review the denial of Payne's post-conviction habeas application by the Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(a) ("After final conviction in any felony case, the writ must be made returnable to the Court of Criminal Appeals of Texas at Austin, Texas"); TEX. CONST. art. V, § 5(a) (unless provided otherwise, Court of Criminal Appeals has final appellate jurisdiction in criminal cases).

Accordingly, we dismiss this appeal for lack of jurisdiction. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).